# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Amber Gregory v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13170-DRH |
| *Brandi Looney v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11720-DRH |
| *Erica Matysiak-Walton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10755-DRH |
| *Johanna Wright v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13015-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court on defendant's Motion to Show Cause why Case Should not be Dismissed for Failure to Comply with CMO 61 Document Preservation Requirements and pursuant to Special Master's Report and Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order adopting the Special Master's Report and Recommendation entered on November 21, 2013, the above captioned cases are **DISMISSED with prejudice**.

                                              **NANCY J. ROSENSTENGEL,**
                                              **CLERK OF COURT**

                                              **BY:** ___/s/*Sara Jennings*
                                                      **Deputy Clerk**

**Dated:** November 26, 2013

Digitally signed by David R. Herndon
Date: 2013.11.26 08:38:08 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**